152 So.2d 62

**HUMBLE OIL AND REFINING COMPANY**

**v.**

**Pierson LEWIS and Janice Butler Lewis.**

No. 46723.

April 30, 1963.

Court of Appeal, Third Circuit. 150 So. 2d 796.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

152 So.2d 63

**STATE of Louisiana, through the DEPART-MENT OF HIGHWAYS**

**v.**

**Naomi Burleson CROCKETT et al.**

No. 46705.

April 30, 1963.

In re: State of Louisiana, through the Department of Highways, applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 151 So.2d 496.

Writ refused. On the facts found by the Court of Appeal, the result is correct.